E-FILED
Monday, 07 May, 2018  04:16:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

QUINN RICKERT

      Plaintiff,    Case No.

-V-

TRANSUNION      Hon.

      Defendant.

SCANNED at PCC and E-Mailed
5/7/18 (date) by _KK_ (initials)
_7_ (# of pages)

COMPLAINT WITH JURY DEMAND

## Introduction

This is a suit filed by Quinn Rickert, for damages under 15 U.S.C. §1681p, alleging that Defendant failed to provide the consumer file of plaintiff Quinn Rickert in violation of 15 U.S.C.§ 1681j (a)(1)(A).

## Jurisdiction

1. The Court has jurisdiction over the plaintiff's claims of violation of federal consumer credit protection laws under 15 U.S.C. §§§ 1681n, 1681o and 1681p.

## Parties
(1.)

2. The plaintiff, Quinn Rickert, is a consumer as defined by 15 U.S.C. §1681a(c) and was incarcerated at Pontiac Correctional Center during the events described in this complaint.

3. The defendant, TransUnion, is a consumer reporting agency that compiles and maintains files on consumers on a nationwide basis as defined by 15 U.S.C. §1681a(p).

Facts

4. On April 8, 2018 plaintiff Quinn Rickert sent a letter to defendant TransUnion requesting plaintiff Quinn Rickert's consumer file. Plaintiff Quinn Rickert also stated in the letter that the consumer file was to be sent "via mail", that federal law required defendant TransUnion not to charge for the consumer file, and the proper information needed to identify a consumer. Plaintiff Quinn Rickert needed his consumer file so that he could repair any credit problems before his release from prison on October 20, 2018. Plaintff Quinn Rickert's roommate also read the letter and saw it go out with the mail. See the letter to defendant TransUnion (with redactions of private information made) attached as exhibit: A. See also the declaration of Plaintiff Quinn Rickert's roommate attached as exhibit: B.

5. Defendant TransUnion never responded to Plaintiff Quinn Rickert's consumer file request.

(2.)

## Claims for Relief

6. Defendant TransUnion failed to respond and provide a consumer file to plaintiff Quinn Rickert in violation of 15 U.S.C. § 1681 et seq. "In general All consumer reporting agencies described in subsections (p) and (w) of section 1681a of this title shall make all disclosures pursuant to section 1681g of this title once during any 12-month period upon request of the consumer and without charge to the consumer." 15 U.S.C. § 1681j (a)(1)(A).

## Relief Requested

WHEREFORE, plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgment stating that defendant TransUnion violated 15 U.S.C. § 1681 et seq. by not complying with plaintiff Quinn Rickert's request for his consumer file.

B. Award nominal damages against defendant TransUnion for violating plaintiff Quinn Rickert's right to receive his consumer file.

C. Award compensatory damages against defendant TransUnion for the monetary damage that plaintiff will suffer from not being able to repair his consumer file, and the mental anguish

(3.)

and stress that plaintiff Quinn Rickert has and will suffer by not being able to see and repair his consumer file to ensure his financial future.

D. Award punitive damages against defendant TransUnion as punishment for noncompliance with 15 U.S.C. §1681 and to deter future noncompliance.

E. Grant such other relief as it may appear that plaintiff is entitled.

Verification

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

May 3, 2018

Quinn Rickert, M38296
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764-0099

(4.)

Quinn Rickert M38296
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764-0099

April 8, 2018

TransUnion

P.O. Box 2000

Chester, PA 19016-2000

Re: Consumer File Request

Dear Sir or Madam,

I bring this request to you a consumer reporting agency to send me the consumer file that you have of me via mail to my address written above. According to federal law you are required to provide this to me free of charge because I have not made a request in the past 12 months. Below I am providing the proper information to identify myself.

- First Name: Quinn
- Middle Name: David
- Last Name: Rickert
- Date of Birth: ▟▟▟▟▟▟▟▟▟▟
- Social Security Number: ▟▟▟▟▟▟-4596
- Last address: 611 Oak Dr., Waterford, WI

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of April, 2018

Quinn Rickert                    (5.)          Exhibit: A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

QUINN RICKERT

        Plaintiff,    Case No.

-v-

TRANSUNION        Hon.

        Defendant.

DECLARATION OF THOMAS M. DAVIDSON

Thomas M. Davidson States:

1. On April 8, 2018 I was housed in a cell with Quinn Rickert at Pontiac Correctional Center.

2. On April 8, 2018 Quinn Rickert showed me a letter that he wrote to TransUnion at P.O. Box 2000, Chester, PA 19016-2000. I read the letter and noticed that it was a request for Quinn's consumer file. That same day I saw Quinn Rickert send that letter in the mail. I am still in the same cell as Quinn, TransUnion never responded.

3. Around February of 2018, I also mailed a request for my free consumer file, and TransUnion never responded to my request either.

(6.)
        Exhibit: B

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of May, 2018

*Thomas M. Davidson (signature)*

Thomas M. Davidson, B89202
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764-0099

(7.)